# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133474(51)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

DENNIS MERVYN SARGENT,
　　　　Defendant-Appellant.

_____

SC: 133474
COA: 263392
Allegan CC: 04-013744-FC

　　　　On order of the Chief Justice, the motion by defendant-appellant for extension of the time for filing his brief and appendix is considered and it is GRANTED.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2008

Clerk